**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TAMARA LEIGH LUCUS**                                                                    **PLAINTIFF**

**v.**                                          **Case No. 2:23-cv-00064-KGB**

**JOHN S. STOBAUGH,** *et al*.                                              **DEFENDANTS**

<u>**ORDER**</u>

     Before the Court is the parties' joint motion to transfer (Dkt. No. 3).  The parties state that the complaint was filed in the Delta Division of the Eastern District of Arkansas asserting venue pursuant to 28 U.S.C. § 1391(b)(2) (*Id*., ¶¶ 1-2).  The parties represent that the underlying divorce action giving rise to the claim set forth in the complaint occurred in Saline County, Arkansas, which is in the Central Division of the Eastern District of Arkansas (*Id*., ¶¶ 1-2).  Therefore, the parties seek to transfer the case to the Central Division of the Eastern District of Arkansas (*Id*.). For good cause shown, the Court grants the parties' joint motion to transfer (Dkt. No. 3).  The Clerk of the Court is directed to transfer the case from the Delta Division to the Central Division of the Eastern District of Arkansas.

     It is so ordered this 15th day of May, 2023.

Kristine G. Baker
United States District Judge