IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMARA LEIGH LUCUS**  PLAINTIFF

v.  Case No. 4:23-cv-00450-KGB

**JOHN S. STOBAUGH,** *et al.*  DEFENDANTS

## ORDER

Before the Court is defendants John S. Stobaugh, John S. Stobaugh, P.A., and Schnipper, Britton & Stobaugh's ("Defendants") motion to file under seal Exhibit B to defendants' response to plaintiff's motion to enforce settlement (Dkt. No. 70). Defendants represent that they seek to file a proposed settlement release as an exhibit to their response to plaintiff Tamra Leigh Lucus's motion to enforce settlement (*Id.*, ¶ 1). Defendants further represent that the release contains confidential information regarding the conditions of settlements between Ms. Lucus and Defendants (*Id.*, ¶ 2). Therefore, Defendants request that the Court allow them to file the settlement release under seal as Exhibit B to their response to Ms. Lucus's motion to enforce settlement (*Id.*, ¶ 3).

For good cause shown, the Court grants defendants' motion to file under seal Exhibit B to defendants' response to plaintiff's motion to enforce settlement (*Id.*).

It is so ordered this 10th day of December, 2024.

_____
Kristine G. Baker
Chief United States District Judge